IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Humphrey, Harold J | Case Number: 06 B 08740 |
|---|---|---|
| | Humphrey, Gerri L | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 7/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: September 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,500.00 | |
| Secured: | | 2,779.85 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 220.15 |
| Other Funds: | | 0.00 |
| Totals: | 4,500.00 | 4,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,500.00 | 1,500.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | First Franklin Financial | Secured | 0.00 | 0.00 |
| 6. | Island One Inc | Secured | 4,088.67 | 829.89 |
| 7. | American General Finance | Secured | 4,323.57 | 761.67 |
| 8. | Option One Mortgage Corp | Secured | 7,857.97 | 0.00 |
| 9. | First Franklin Financial | Secured | 929.93 | 449.88 |
| 10. | New Century Mortgage | Secured | 583.18 | 239.90 |
| 11. | AMC Mortgage Services Inc | Secured | 2,525.48 | 498.51 |
| 12. | Internal Revenue Service | Priority | 224.30 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 2,026.82 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 2,208.46 | 0.00 |
| 15. | Capital One | Unsecured | 692.27 | 0.00 |
| 16. | Comcast Cablevision | Unsecured | 229.30 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 274.58 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 16.47 | 0.00 |
| 19. | Capital One | Unsecured | 2,160.80 | 0.00 |
| 20. | Credit Management Control | Unsecured | | No Claim Filed |
| 21. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Humphrey, Harold J | Case Number: 06 B 08740 |
|---|---|---|
| | Humphrey, Gerri L | Judge: Hollis, Pamela S |
| | Printed: 1/8/08 | Filed: 7/21/06 |

```
                                    _____        _____
                                    $ 29,641.80       $ 4,279.85
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 9.71 |
| 4.8% | 176.69 |
| 5.4% | 33.75 |

```
              _____
              $ 220.15
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____